PATRICK R. BURNETT (D.C. Bar No. 1780072)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-6619
Fax: 202-307-0054
Patrick.R.Burnett@usdoj.gov
Attorney for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL L. KIDWELL, MICHAEL M. WUTTKE, THE STATE OF CALIFORNIA FRANCHISE TAX BOARD, and COUNTY OF SACRAMENTO,<br><br>  Defendants. | Case No. 2:25-cv-01105-WBS-CKD<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

This matter is before the Court on the Stipulated Motion to Extend Time to Respond to the Complaint, as stipulated between Plaintiff United States, Defendant Daneil L. Kidwell, and Defendant Michael M. Wuttke.

For good cause shown, IT IS HEREBY ORDERED that the Motion to Extend Time is GRANTED. Defendant Daneil L. Kidwell and Defendant Michael M. Wuttke shall respond to the complaint no later than Monday, July 7, 2025

IT IS SO ORDERED.

Dated: May 12, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE