PATRICK R. BURNETT (D.C. Bar No. 1780072)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-6619
Fax: 202-307-0054
Patrick.R.Burnett@usdoj.gov
Attorney for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DANIEL L. KIDWELL, MICHAEL M. WUTTKE, THE STATE OF CALIFORNIA FRANCHISE TAX BOARD, and COUNTY OF SACRAMENTO,<br><br>　　　　Defendants. | Case No. 2:25-cv-01105-WBS-CKD<br><br>**ORDER GRANTING STIPULATION TO DISMISS FRANCHISE TAX BOARD** |

　　　　The United States of America and the State of California Franchise Tax Board ("Franchise Tax Board") have filed a stipulation to dismiss with prejudice the Franchise Tax Board under Federal Rule of Civil Procedure 41(a)(2). Based on the Stipulation, and for good cause shown, the Court hereby GRANTS the Motion and IT IS HEREBY ORDERED that:

　　　　1.　　The Franchise Tax Board has no interest in the real property that is commonly described as 4415 Hazel Avenue, Fair Oaks, CA 95628 ("Subject Property"). The Subject Property is legally described as follows:

　　　　Parcel One:

　　　　Parcel D as shown on that certain parcel map filed in the Office of the Recorder of Sacramento County, California, on November 1, 1968, in Book 2 of Parcel Maps at page 32.

　　　　A.P.M. 246-0620-013

　　　　//

Parcel Two:

A non-exclusive easement for ingress and egress as an appurtenance to Parcel One above across the following described strip of land:

All that portion of Lot 15 in Block 22, as shown on the official "Map Of A Portion Of San Juan Grant Showing Public Land Surveys And Subdivision Of Fair Oaks Tract", recorded in the Office of the Recorder of Sacramento County on December 24, 1895, in Book 3 of Maps, Map No. 24, described as follows:

Beginning at the Southwest corner of the Parcel of Land describe[d] as Parcel One above; thence North 01°15'47" West along the West line of said Parcel One above, 30.00 feet; thence South 88°44'13" West 95.00 feet; thence South 01°15'47" East 180 feet, more or less, to a point on the North line of the strip of land granted as a Right of Way to the County of Sacramento for the widening of Winding Way, by Deed recorded May 10, 1966 in book 660510 page 565, Official Records; thence North 88°48'35" East, along the North line of said strip 30.00 feet; thence North 01°15'47" West 150.00 feet, more or less to a point that bears South 88°44'13" West 65.00 feet from the POINT OF BEGINNING; thence North 88°44'13" East 65.00 feet to the POINT OF BEGINNING.

2. The Franchise Tax Board is DISMISSED from this action with prejudice.

IT IS SO ORDERED.

Dated:  May 14, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE